1

2

3

4

5

6

7

8

9

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

10

GRACIELA BELTRAN, *et al.*

11

Plaintiffs,

12

vs.

13

14

CAPITOL RECORDS, LLC, f/k/a, CAPITOL
RECORDS, INC. AND EMI MUSIC, INC.,

15

Defendants.

16

Case No.: 12-cv-1002 YGR

**ORDER ENTERING TENTATIVE RULING ON
DEFENDANT CAPITOL RECORDS, LLC'S
MOTION TO DISMISS COMPLAINT AS ORDER
OF COURT**

17

18

19

20

1.      Pursuant to the parties' stipulation (Dkt. No. 41), the Court's Tentative Ruling

Granting in Part and Denying in Part Defendant Capitol Records, LLC's Motion to Dismiss

Complaint, Dkt. No.40, shall be the Order of the Court.  Accordingly, for the reasons set forth therein,

21

Defendant Capitol Records, LLC's Motion to Dismiss Complaint, Dkt. No. 14, is **GRANTED IN PART**

22

**AND DENIED IN PART**.

23

24

2.      Plaintiff shall file her second amended complaint within 21 days of the date of the

25

Tentative Ruling issued on June 13, 2012.

26

3.      Defendant shall have 21 days thereafter to file and serve its response to the second

27

amended complaint.

28

4.      The July 3, 2012 hearing on the motion is **VACATED**.

5.      This Order Terminates Docket Number 14.

**IT IS SO ORDERED.**

Date: June 15, 2012

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28